# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| ANGEL LUIS V. <br> *Plaintiff* <br> v. <br> FRANK BISIGNANO <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:23-CV-0910 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: FINAL JUDGMENT IS ENTERED in favor of the plaintiff and against the Commissioner, VACATING the decision of the Commissioner, and REMANDING to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by   Leo A. Latella, United States Magistrate Judge

Date: October 3, 2025

CLERK OF COURT

/s/ Dawn M. Wychock
*Signature of Deputy Clerk*